1

2

3

4                          UNITED STATES DISTRICT COURT

5                              DISTRICT OF NEVADA

6                                    * * *

7    MARY KAY BECKMAN,                           Case No. 2:13-CV-97 JCM (NJK)

8                              Plaintiff(s),                ORDER

9          v.

10   MATCH.COM, LLC,

11                             Defendant(s).

12

13          Presently before the court is the matter of *Beckman v. Match.com, LLC.*, case number 2:13-

14   cv-00097-JCM-NJK.

15          On September 26, 2016, the Ninth Circuit issued a mandate as to its memorandum entered

16   on September 1, 2016 (ECF No. 24).  (ECF No. 25).  The Ninth Circuit affirmed in part, reversed

17   in part, and remanded the order (ECF No. 18) and judgment (ECF No. 19) entered on May 29,

18   2013.  (ECF Nos. 24, 25).

19          The Ninth Circuit affirmed the dismissal of plaintiff's claims for negligent

20   misrepresentation, unfair trade practices, negligence *per se*, and negligent infliction of emotion

21   distress.  (ECF Nos. 24, 25).  The dismissal of plaintiff's failure to warn claim was reversed.  (ECF

22   Nos. 24, 25).

23          In light of the foregoing, plaintiff has twenty-one (21) days from the date of this order to

24   file an amended complaint to cure the deficiencies in her failure to warn claim, if possible.

25   Thereafter, defendant has fourteen (14) days to file a responsive pleading.

26          Accordingly,

27          IT IS HEREBY ORDERED that plaintiff shall file an amended complaint to cure the

28   deficiencies in her failure to warn claim within twenty-one (21) days from the entry of this order.

**James C. Mahan**
**U.S. District Judge**

1        IT IS FURTHER ORDERED that defendant shall file a responsive pleading within

2   fourteen (14) days thereafter.

3        DATED September 30, 2016.

4

                                                  _____

5                                             UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -