UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARY KAY BECKMAN, | Case No. 2:13-CV-97 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| MATCH.COM, LLC, | |
| Defendant(s). | |

Presently before the court is defendant Match.com, LLC's motion for extension of time (first request) to reply to plaintiff Mary Kay Beckman's response (ECF No. 35) to defendant's motion to dismiss (ECF No. 34). (ECF No. 36).

On November 7, 2016, defendant filed a motion to dismiss plaintiff's amended complaint. (ECF No. 34). On November 23, 2016, plaintiff responded to defendant's motion to dismiss. (ECF No. 35). Replies are currently due by December 5, 2016.

In the instant motion, defendant requests an extension to December 19, 2016, to file its reply. (ECF No. 36). Defendant states that defense counsel was out of the jurisdiction from November 23, 2016, through November 28, 2016, and a two-week extension would provide sufficient time for counsel to submit a properly briefed reply. (ECF No. 36 at 2). Further, defendant asserts that defense counsel made two requests for an extension to plaintiff's counsel, but was unsuccessful. (ECF No. 36 at 2).

Federal Rule of Civil Procedure 6(b)(1) provides that the court may, for good cause, extend the time with or without motion or notice if a request is made before the original time or its extension expires, as here.

**James C. Mahan**
**U.S. District Judge**

1    Because plaintiff is unlikely to be prejudiced by the brief delay and because the potential
2    impact on the proceedings is minimal, the court will grant defendant's motion for extension of
3    time.  Defendant has until December 19, 2016, to file a reply to plaintiff's response to defendant's
4    motion to dismiss.
5    Accordingly,
6    IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion for
7    extension of time (first request) to reply to plaintiff's response to defendant's motion to dismiss
8    (ECF No. 36) be, and the same hereby is, GRANTED.
9    IT IS FURTHER ORDERED that defendant shall file a reply by December 19, 2016.
10   DATED November 30, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -